# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| MIDVALE INDEMNITY COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 1:21-cv-03728 |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| ANTHONY ROSATI, ) | |
| DAVID ROSATI, ) | |
| POWER PLAY DISTRIBUTORS, ) | |
| MICHAEL ROSATI, ) | |
| WILLIAM ROSATI, and ) | |
| ROSATI'S FRANCHISE SYSTEMS, INC.. ) | |
| ) | |
| Defendants. ) | |

## **STIPULATION FOR DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff Midvale Indemnity Company, by and through undersigned counsel, and hereby dismisses all of the claims and causes of action contained herein with prejudice. Each party to bear their own costs.

                                                    RYNEARSON, SUESS, SCHNURBUSCH
                                                    & CHAMPION, LLC

BY:   /s/Scott D. Bjorseth
          SCOTT D. BJORSETH, #06203776
          107 Southpointe Drive
          Edwardsville, IL 62025
          (618) 659-0588
          (618) 465-3744 (FAX)
          sbjorseth@rssclaw.com
          *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing document was sent by the Court's electronic filing system on this 15th day of February 2022 to:

Matthew P. Connelly
Patrick W. Etchingham
Cory D. Anderson
Rock Fusco & Connelly, LLC
321 N. Clark Street, Ste. 2200
Chicago, IL 60654
312-494-1000
mpc@rfclaw.com
petchingham@rfclaw.com
canderson@rfclaw.com
*Attorneys for Defendant Power Play Distributors*

                                         RYNEARSON, SUESS, SCHNURBUSCH & CHAMPION, LLC

                         BY:    /s/Scott D. Bjorseth
                                         SCOTT D. BJORSETH, #06203776
                                         107 Southpointe Drive
                                         Edwardsville, IL 62025
                                         (618) 659-0588
                                         (618) 465-3744 (FAX)
                                         sbjorseth@rssclaw.com
                                         *Attorneys for Plaintiff*